UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

26cr 143 DWF / SGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 853(a)(1) |
| JERIOD DAVID KNERR, | ) | 21 U.S.C. § 853(a)(2) |
| | ) | 21 U.S.C. § 853(p) |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Conspiracy to Distribute Methamphetamine)

Beginning on or around August 6, 2025, and continuing through on or about August 7, 2025, in the State and District of Minnesota and elsewhere, the defendant,

**JERIOD DAVID KNERR**,

did knowingly and intentionally conspire with others known and unknown to the grand jury, to distribute a controlled substance, specifically, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

SCANNED
AUG 13 2026
U.S. DISTRICT COURT MPLS

**COUNT 2**

(Attempt to Possess Methamphetamine With Intent to Distribute)

On or about August 7, 2025, in the State and District of Minnesota, the defendant,

**JERIOD DAVID KNERR**,

did unlawfully, knowingly, and intentionally attempt to possess with the intent to distribute a controlled substance, specifically, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

**FORFEITURE ALLEGATIONS**

Counts 1 and 2 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference for the purpose of alleging forfeitures.

If convicted of any Count of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said violation.

If any of the above-described forfeited property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

UNITED STATES ATTORNEY

FOREPERSON